1  CATHERINE M. CORFEE, SBN 155064
   CORFEE STONE & ASSOCIATES
2  5441 FAIR OAKS BLVD., SUITE B-1
   CARMICHAEL, CA 95608
3  TELEPHONE:   (916) 487-5441
   FACSIMILE:   (916) 487-5440

4
   ATTORNEYS FOR JUAN MANUEL GAMINO
5
   SCOTT JOHNSON
6  LAW OFFICE OF SCOTT JOHNSON
   5150 FAIR OAKS BLVD., SUITE 101
7  CARMICHAEL, CA 95608
   TELEPHONE:   (916) 485-3516
8  FACSIMILE:   (916) 485-3516

9  ATTORNEY FOR PLAINTIFF, SCOTT JOHNSON

10

11              IN THE UNITED STATES DISTRICT COURT

12           IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14  SCOTT N. JOHNSON                    )  Case No.: 02:05-CV-01876-WBS-DAD
                                        )
15            Plaintiff,                )  **STIPULATION FOR DISMISSAL AND**
                                        )  **ORDER THEREON**
16  v.                                  )  **FRCP 41(a)(1)**
                                        )
17  JUAN MANUEL GAMINO; and DOES 1      )
    through 10, inclusive,              )
18                                      )
              Defendants.               )
19  _____  )

20

21       TO THE COURT AND ALL PARTIES:

22       Plaintiff SCOTT N. JOHNSON ("Plaintiff") and Defendant JUAN MANUEL GAMINO.

23  ("Defendant") have reached settlement of all claims brought by Plaintiff in the above entitled

    Action, and have executed a Mutual Release and Settlement Agreement.  Pursuant to said Mutual
24
    Release and Settlement Agreement between Plaintiff and Defendants, the parties, by and through
25
    counsel of record, hereby stipulate to the dismissal **with prejudice** of this Action in entirety,
26
    including but not limited to attorney's fees, expenses, costs  and any and all claims alleged
27
    whatsoever in this Action.
28
    / / /

                                      - 1 -

1    Outside of the terms of the Mutual Release and Settlement Agreement, each party is to

2    bear its own attorneys fees and costs.

3    IT IS HEREBY STIPULATED by and between all parties to this Action that this Action,

4    and all of Plaintiff's claims therein against all parties, be dismissed **with prejudice** pursuant to

5    Federal Rules of Civil Procedure section 41(a)(1).

6
     Dated: November 18, 2005                    LAW OFFICE OF SCOTT JOHNSON
7

8                                                By:   _/s/ Scott N. Johnson_____
                                                       SCOTT N. JOHNSON
9                                                      Attorney for Plaintiff

10   Dated: November 18, 2005                    CORFEE STONE & ASSOCIATES

11
                                                 By:   _/s/ Catherine M. Corfee_____
12                                                     CATHERINE M. CORFEE
                                                       Attorneys for Defendant, JUAN MANUEL GAMINO
13

14             **ORDER**

15   IT IS HEREBY ORDERED that the above referenced matter is hereby dismissed with

16   prejudice in entirety.

17   Dated:  December 5, 2005

18

19                                               _William B. Shubb_____

20                                               WILLIAM B. SHUBB
                                                 UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28